# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3509

_____

United States of America,      *
     *
         Appellee,      *
     *
    v.      *    Appeal from the United States
     *    District Court for the District
Kit A. King,      *    of Nebraska.
     *
         Appellant.      *         [UNPUBLISHED]

_____

Submitted: July 25, 2002

Filed: August 15, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
Judges.

_____

PER CURIAM.

Kit A. King appeals the district court's[1] denial of his motion to suppress evidence. Mr. King argues, as he did below, that there was no probable cause to stop the car in which he was a passenger. After carefully reviewing the record and the parties' arguments on appeal, we conclude, for the reasons explained by the district

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska, adopting the report and recommendations of the Honorable Kathleen A. Jaudzemis, United States Magistrate Judge for the District Nebraska.

court, that the officer in question had probable cause under the totality of the circumstances to believe that the driver of the car had committed a traffic violation. See United States v. Snook, 88 F.3d 605, 607 (8th Cir. 1996) (standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.